EUGENE N. CADENASSO, Appellant, v. WILLIAM P. BERNAGOZZI and FERDINAND BERNAGOZZI, Copartners, etc., Respondents.— We think the

papers are plainly insufficient to justify the order appealed from. Order of the County Court of Suffolk county reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; but the defendants may withdraw their defense of the breach of warranty so that it may be the subject of an independent action, if they be so advised. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.